**Josephine C. Minnec, Plaintiff-Appellee, v. John M. Minnec, Defendant-Appellant.**

**Gen. No. 11,047.**

Second District, First Division.

July 22, 1957.

Rehearing denied August 30, 1957.

Released for publication August 30, 1957.

Frederick W. Irion, for appellant; Leren & Burek and Rinella & Rinella (Alexander J. Burek, and Owen L. Doss, of counsel) for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.